IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMAL CHE GLENN,

    Plaintiff,

v.                                                  CASE NO. 5:12-cv-260-RS-GRJ

SHAWN GILLIS and
DR. KENNETH JOHNSON,

    Defendants.
_____/

## ORDER

Plaintiff initiated this *pro se* prisoner civil rights case by filing a Complaint (Doc. 1) and a Motion for leave to proceed as a pauper (Doc. 2). The Court granted Plaintiff's motion for leave to proceed as a pauper and ordered Plaintiff to pay $6.33 as an initial filing fee on or before January 4, 2013. (Doc. 4.) Plaintiff has now filed a motion to waive the initial filing fee, stating that he has insufficient funds with which to pay the required initial filing fee. (Doc. 7.) Plaintiff has not, however, attached an updated statement from his prison inmate trust account as proof of his alleged inability to pay. Plaintiff was previously warned that he is ultimately responsible for payment of the required initial partial filing fee. In light of Plaintiff's *pro se* status, the Court will grant him an extension of time within which to pay the required initial partial filing fee of $6.33.

Accordingly, it is hereby **ORDERED:**

1.     Plaintiff shall pay the required initial partial filing fee of $6.33 on or before **March 2, 2013**.

2. Failure to follow this order will result in a recommendation to the district judge that this case be dismissed for failure to prosecute and failure to follow a court order.

**DONE AND ORDERED** this 31st day of January 2013.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge