IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMAL CHE GLENN,

    Petitioner,

v.                                       CASE NO. 5:12-cv-260-RS-GRJ

SHAWN GILLIS and
DR. KENNETH JOHNSON,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 23) and Petitioner's Objections (Doc. 24). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Defendant's Motion for Summary Judgment (Doc. 18) is **GRANTED**.

3. The clerk is directed to close the file.

**ORDERED** on August 13, 2013.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**